IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 26-cv-01566-KAS

WALTER ALEXANDER QUINTANILLA RAMIREZ (A#215-581-534),

      Petitioner,

v.

JUAN BALTAZAR, Warden, Denver Contract Detention Facility (Aurora),
GEORGE VALDEZ,[1] Director of Denver Field Office, U.S. Immigration and Customs Enforcement,
TODD BLANCHE, Acting U.S. Attorney General,
MARKWAYNE MULLIN, Secretary, U.S. Department of Homeland Security, and
TODD M. LYONS, Acting Director U.S. Immigration and Customs Enforcement,

      Respondents.

_____

**MINUTE ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KATHRYN A. STARNELLA**

On May 6, 2026, the Court granted in part Petitioner's Application for Writ of Habeas Corpus [#1] and ordered Respondents to provide Petitioner with a bond hearing by no later than May 14, 2026. *See Order* [#10]. This deadline was later extended to May 15, 2026. *See Order* [#12]. On May 19, 2026, Respondents filed a status report informing the Court that on May 15, 2026, Petitioner was provided with a bond hearing before an immigration judge. *See Status Report* [#13].

The Court finds that Petitioner has now received the relief granted to him by the Court and that no further proceedings in this matter are required. Accordingly, the Clerk of Court is directed to terminate this case.

Dated: May 19, 2026

---

[1] Petitioner names Robert G. Hagan as the Director of U.S. Immigration and Customs Enforcement. Mr. Valdez is automatically substituted in Mr. Hagan's place pursuant to Fed. R. Civ. P. 25(d).